## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **NATIONAL FISH & SEAFOOD, INC.,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **- v. -** | § | **CIVIL ACTION 3:15-CV-3880-N** |
| | § | |
| **GREAT AMERICAN INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Defendant Great American Insurance Company ("GAIC") and Plaintiff National Fish & Seafood, Inc. ("National Fish") hereby jointly file this *Agreed Motion to Dismiss With Prejudice* (the "Motion").  In support thereof, the Parties respectfully show the Court as follows:

1.      The Parties have settled their dispute.

2.      The Parties jointly request the Court to dismiss this lawsuit and all claims asserted or brought herein, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties specifically request that such dismissal be <u>with prejudice</u> against refiling, each party to bear its own costs and attorney's fees.

### <u>PRAYER</u>

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing this case <u>with prejudice</u> against refiling, each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ Martin C. Pentz w/p SKK 12/20/17*

Martin C. Pentz
*Admitted pro hac vice*
mpentz@foleyhoag.com
Euripides Dalmanieras
*Admitted pro hac vice*
edalmani@foleyhoag.com
Kevin J. Conroy
*Admitted pro hac vice*
kjconroy@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Amy Elizabeth Stewart
State Bar No. 00784300
amy@amystewartlaw.com
Marisa Jeffrey
State Bar No. 24075611
marisa@amystewartlaw.com
AMY STEWART PC
5307 E. Mockingbird Lane, Suite 425
Dallas, Texas 75206
Telephone: (214) 233-7076
Facsimile: (214) 975-2806

**Attorneys for Plaintiff**
**National Fish & Seafood, Inc.**

Respectfully submitted,

*/s/ Scott K. Koelker*

LOCKE LORD L.L.P.
James H. Bilton
 Texas Bar No. 24050293
 jbilton@lockelord.com
Scott K. Koelker
 Texas Bar No. 24065569
 skoelker@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

CHAFFE MCCALL, L.L.P.
Harold K. Watson
Texas Bar No. 20938500
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806
E-mail: watson@chaffe.com

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt
New York Bar No. 1543461
75 Maiden Lane, Suite 402
New York, NY 10038-4816
Telephone: (212) 730-0800
Facsimile: (212) 430-0810
E-mail: cschmidt@klselaw.com

**Attorneys for Defendant**
**Great American Insurance Company**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 22, 2017 I conferred with counsel for National Fish, Mr. Martin Pentz, and that counsel is agreed to the filing of this Motion jointly.

*/s/ Charles E. Schmidt*
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

On January 2, 2018, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing (ECF) system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

*/s/ Scott K. Koelker*
**Counsel for Defendant**