UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL FISH & SEAFOOD, INC., § § § | |
| Plaintiff, § § | |
| - v. - § | CIVIL ACTION 3:15-CV-3880-N |
| § § | |
| GREAT AMERICAN INSURANCE COMPANY, § § | |
| Defendant. § § § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the *Agreed Motion to Dismiss With Prejudice* (the "Motion") filed jointly by Defendant Great American Insurance Company and Plaintiff National Fish & Seafood, Inc. After having considered the Motion, the Court is of the opinion that the Motion is meritorious and should be, and therefore is, in all things **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claims and causes of action that were asserted or brought in this lawsuit are hereby dismissed with prejudice against refiling, each party to bear its own costs and attorney's fees. This is a final judgment.

Signed January 8, 2018.

_____
David C. Godbey
United States District Judge